

# THE THIRTEENTH COURT OF APPEALS

13-22-00241-CV

DOROTHY SANDS, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE
OF CECILIA STANFORD, DECEASED, AND JULIE STANFORD
v.
AUTOZONE PARTS, INC.

On Appeal from the
County Court at Law No. 4 of Nueces County, Texas
Trial Court Cause No. 2022CCV-60534-4

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

July 20, 2023